

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

By Hand

Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 30 2008

    Re:    United States v. James J. Treacy
              08 Cr. 366

Dear Judge Francis:

       On April 24, 2008, a federal grand jury returned the attached indictment against defendant James J. Treacy. That same day, United States Magistrate Judge Douglas F. Eaton sealed the indictment and issued an arrest warrant for Treacy. Treacy's counsel has advised the Government that Treacy will voluntarily surrender in the District today. Accordingly, the Government respectfully requests that the Court unseal the indictment and assign the matter to a District Court Judge.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

                            By: _____
                               Joshua A. Goldberg
                               Deirdre A. McEvoy
                               Assistant United States Attorneys
                               (212) 637-2439/2309

SO ORDERED:

_____
HONORABLE JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE