**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against

(Alias) JAMES TREACY


                    Please PRINT Clearly
```

DOCKET NO. ASSIGNED: 08 CR 366
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

4/30/08

SIGNATURE: [signature]
PRINT THE FOLLOWING INFORMATION CLEARLY
EVAN T BARR
Attorney for Defendant
STEPTOE & JOHNSON
Firm name if any
750 Seventh Avenue Suite 1900
Street address
NY    NY    10019
City   State   Zip
212  506  3918
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 30 2008

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186