

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2008

**By Hand**
Honorable Robert L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James J. Treacy**
            08 Cr. 366 (RLC)

Dear Judge Carter:

      Pursuant to the Court's instruction, the Government respectfully submits this letter to propose the following schedule, which has been agreed-upon by the parties in light of the August 4, 2008 trial date:

| | |
|---|---|
| July 3, 2008 | Expert disclosure |
| July 25, 2008 | Responses to expert disclosure |
| July 21, 2008 | Motions *in limine* |
| July 28, 2008 | Responses to motions *in limine* |
| July 28, 2008 | Requests to charge and proposed *voir dire* |

      In addition, in consideration of the Government agreeing to produce discovery by May 23, 2008 (in advance of the June 2, 2008 deadline set by the Court), the defendant has agreed to file any pretrial motions by June 30, 2008 (instead of July 14, 2008). The Government's response will be due July 14, 2008 (instead of July 21, 2008), and the defendant's reply will be due July 21, 2008 (instead of July 28, 2008).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Deirdre A. McEvoy/Joshua A. Goldberg
Assistant United States Attorneys
(212) 637-2309/2439

6/3/08
So ordered
[signature] Robert L. Carter
USDJ



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08