UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                           :

UNITED STATES OF AMERICA    :

        v.                                 :
                                           :    Case No. 1:08-CR-00366-RLC

JAMES TREACY,                     :

          Defendant.          :

---------------------------------------------------x

**DEFENDANT JAMES TREACY'S MOTION TO DISMISS THE INDICTMENT BASED ON THE STATUTE OF LIMITATIONS**

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 12(b)(2), for an order dismissing the Indictment for failure to allege an offense within the applicable five-year statute of limitations.

                                          Respectfully submitted,

                                          /s/

                                          Reid H. Weingarten
                                          Evan T. Barr
                                          Sandra E. Cavazos
                                          STEPTOE & JOHNSON LLP
                                          750 Seventh Avenue
                                          Suite 1800
                                          New York, New York 10019
                                          (212) 506-3900

                                          Counsel for James Treacy

Dated: June 30, 2008