UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA

v.

JAMES TREACY,

        Defendant.

------------------------------------------------x

Case No. 1:08-CR-00366-RLC

**DEFENDANT JAMES TREACY'S MOTION TO DISMISS
PORTIONS OF COUNT TWO ALLEGING
VIOLATIONS OF RULE 10b-5(a) AND (c)**

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 12(b)(2), for an order dismissing certain portions of Count Two of the Indictment alleging violations of Rule 10b-5(a) and (c).

Respectfully submitted,

_/s/_

Reid H. Weingarten
Evan T. Barr
Sandra E. Cavazos
STEPTOE & JOHNSON LLP
750 Seventh Avenue
Suite 1800
New York, New York 10019
(212) 506-3900

Counsel for James Treacy

Dated: June 30, 2008