UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
UNITED STATES OF AMERICA        :
:
v.                              :
:   Case No. 1:08-CR-00366-RLC
JAMES TREACY,                   :
:
Defendant.                  :
:
---------------------------------------------------x

**DEFENDANT JAMES TREACY'S MOTION TO COMPEL
THE GOVERNMENT TO ELECT BETWEEN COUNT ONE
AND COUNT TWO BECAUSE OF MULTIPLICITY**

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 12(b)(2), to compel the government to elect between Count One and Count Two of the Indictment because the counts are multiplicitous.

Respectfully submitted,

_____
Reid H. Weingarten
Evan T. Barr
Sandra E. Cavazos
STEPTOE & JOHNSON LLP
750 Seventh Avenue
Suite 1800
New York, NY 10019
(212) 506-3900

Counsel for James Treacy

Dated: June 30, 2008