UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
UNITED STATES OF AMERICA       :
:
v.                             :
:   Case No. 1:08-CR-00366-RLC
JAMES TREACY,                  :
:
Defendant.                 :
:
---------------------------------------------------x

## DEFENDANT JAMES TREACY'S MOTION TO STRIKE SPECULATIVE LOSS AND GAIN AMOUNTS FROM THE INDICTMENT

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 7(d), for an order striking the dollar amounts alleged in paragraphs 10 and 48 of the Indictment as speculative and unfairly prejudicial.

Respectfully submitted,

_____
Reid H. Weingarten
Evan T. Barr
Sandra E. Cavazos
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY 10019
(212) 506-3900

Counsel for James Treacy

Dated: June 30, 2008