UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
UNITED STATES OF AMERICA    :
:
v.    :
:   Case No. 1:08-CR-00366-RLC
JAMES TREACY,    :
:
Defendant.    :
:
---------------------------------------------------x

**DEFENDANT JAMES TREACY'S MOTION TO STRIKE THE TERM "BACKDATING" FROM THE INDICTMENT**

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 7(d), to strike all reference in the Indictment to the term "backdating" (or any variations thereof such as "backdate" or "backdated") on the grounds that the term carries a connotation of illegal or unethical conduct which could unfairly prejudice the jury in this case.

Respectfully submitted,

_____
Reid H. Weingarten
Evan T. Barr
Sandra E. Cavazos
STEPTOE & JOHNSON LLP
750 Seventh Avenue
Suite 1800
New York, New York 10019
(212) 506-3900

Counsel for James Treacy

Dated: June 30, 2008