UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
UNITED STATES OF AMERICA        :
:
v.                              :
:    Case No. 1:08-CR-00366-RLC
JAMES TREACY,                   :
:
Defendant.                 :
:
---------------------------------------------------x

### DEFENDANT JAMES TREACY'S MOTION FOR AN ORDER PERMITTING THE ISSUANCE OF RULE 17(c) SUBPOENAS

Defendant James Treacy, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 17(c), for an order permitting the issuance of the attached subpoenas *duces tecum* requesting the production of documents from third parties within ten (10) court days from service thereof. A proposed order is attached.

Respectfully submitted,

_____
Reid H. Weingarten
Evan T. Barr
Sandra E. Cavazos
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

Counsel for Defendant James Treacy

Dated: June 30, 2008