**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――― X
UNITED STATE OF AMERICA,            :
                                    :
                                    :
      vs.                           :    08 CR 366 (RLC)(JCF)
                                    :
JAMES J. TREACY,                    :    **NOTICE OF APPEARANCE**
                                    :
            Defendant.              :
―――――――――――――――――――――――― X

      **PLEASE TAKE NOTICE** that Sandra E. Cavazos, Esq. of Steptoe & Johnson LLP, 750 Seventh Avenue, New York, New York 10019, hereby enters appearance, as counsel for Defendant James J. Treacy in the above-captioned matter.

Dated: New York, New York       STEPTOE & JOHNSON LLP
       July 3, 2008

                                                   By: s/ Sandra E. Cavazos
                                                 Sandra E. Cavazos
                                                 750 Seventh Avenue, Suite 1900
                                                 New York, New York 10019
                                                 Telephone:   212-506-3900
                                                 Facsimile:    212-506-3950
                                                 Email: scavazos@steptoe.com

                                                 *Attorneys for Defendant*
                                                   *James J. Treacy*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on July 3, 2008, a true and correct copy of the annexed Notice of Appearance of Sandra E. Cavazos.

/s Kimberlyn Brzozowski

Deirdre A. McEvoy, AUSA
Joshua A. Goldberg, AUSA
United States Attorney's Office
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007