FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
        -against-                                        :         CASE NO.  1:08-CR-00366-RLC
                                                         :
JAMES TREACY,                                            :
                                                         :
             Defendant.                                  :
                                                         :
                                                         :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x
```

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Maria N. Lerner, a member in good standing of

the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

> Stephen M. McNabb
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Phone Number: (202) 662-0200
> Fax Number: (202) 662-4643.

Stephen M. McNabb is a member in good standing of the Bar of the District of Columbia.

There are no disciplinary proceedings against Stephen M. McNabb in any State or Federal court.

Dated:          July 22, 2008
City, State:    Washington, D.C.


Respectfully submitted,

Maria N. Lerner
SDNY Bar Code:  ML2546
Fulbright & Jaworski L.L.P.
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone Number:  (202) 662-0200
Fax Number:  (202) 662-4643

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| -against- | : | CASE NO.  1:08-CR-00366-RLC |
| | : | |
| JAMES TREACY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | x | |

## AFFIDAVIT OF MARIA N. LERNER IN SUPPORT OF MOTION TO ADMIT
## COUNSEL PRO HAC VICE

District of Columbia          )     ss:
                              )

Maria N. Lerner, being duly sworn, hereby deposes and says as follows:

1.  I am Senior Counsel at Fulbright & Jaworski L.L.P., counsel for non-party Fulbright & Jaworski L.L.P. in the above captioned action.  I am familiar with the proceedings of this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Fulbright & Jaworski L.L.P. motion to admit Stephen M. McNabb as counsel pro hac vice to represent non-party Fulbright & Jaworski L.L.P. in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Stephen M. McNabb since 2008.

4.  Stephen M. McNabb is Partner at Fulbright & Jaworski L.L.P.

5.  I have found Mr. McNabb to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Stephen M. McNabb, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Stephen M. McNabb, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Stephen M. McNabb, pro hac vice, to represent non-party Fulbright & Jaworski L.L.P. in the above captioned matter, be granted.

Dated:          July 22, 2008
City, State:    Washington, D.C.
Notarized:

District of Columbia: S$

Subscribed and sworn to before me, in my presence,
this 22ⁿᵈ day of *July*, 2008

*Sarah Foley Barkright*
Notary Public, D.C.
My commission expires *October 31, 2011*

Respectfully submitted,

Maria N. Lerner
SDNY Bar Code: ML2546

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------- x
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
          -against-                         :       CASE NO.  1:08-CR-00366-RLC
                                            :
JAMES TREACY,                               :
                                            :
          Defendant.                        :
                                            :
                                            :
                                            :
------------------------------------------- x
```

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Maria N. Lerner attorney for Fulbright & Jaworski L.L.P. and said sponsor
attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Stephen M. McNabb
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Phone Number: (202) 662-0200
> Fax Number: (202) 662-4643
> E-mail Address: smcnabb@fulbright.com

is admitted to practice pro hac vice as counsel for non-party Fulbright & Jaworski L.L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Date:
City, State:


_____

United States District/Magistrate Judge



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

STEPHEN M. McNABB

was on the ___13TH___ day of ___DECEMBER, 1982___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July
22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_
                Deputy Clerk

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
UNITED STATES OF AMERICA,                         :
                                                  :
        -against-                                 :        CASE NO.  1:08-CR-00366-RLC
                                                  :
JAMES TREACY,                                     :
                                                  :
        Defendant.                                :
                                                  :
                                                  :
                                                  :
------------------------------------------------- x

**DISTRICT OF COLUMBIA**        )        **SS:**
                                )

        Maria N. Lerner**,** being duly sworn deposes and says:

        1.        That I am over eighteen years of age and am not a party to this action.

        2.        On July 22, 2008, I served non-party Fulbright & Jaworski L.L.P.'s ***Motion To Admit Counsel Pro Hac Vice*** for Richard C. Smith, Stephen M. McNabb, and Kelly E. Garrett on the following attorneys:

-1-

Reid H. Weingarten, Esq.
Evan T. Barr, Esq.
Sandra E. Cavazos, Esq.
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, NY 10019
*Attorneys for Defendant James Treacy*

Deirdre McEvoy, AUSA
United States Attorney's Office
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY 10007

Douglas A. Rappaport, Esq.
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
*Attorneys for BDO Seidman*

Joshua A. Goldberg, AUSA
United States Attorney's Office
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY 10007

Richard X. Fischer, Esq.
Navigant Consulting, Inc.
30 South Wacker Drive
Chicago, IL 60606
*Attorney for Navigant Consulting, Inc.*

James J. Benjamin, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
*Attorneys for Akin Gump Strauss Hauer & Feld LLP*

Paul Vizcarrondo, Esq.
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
*Attorneys for John Gaulding*

by United States Postal Service via First Class Mail, true copies thereof.

_____
Maria N. Lerner
SDNY Bar Code:  ML2546

Sworn to before me this 22nd day of July, 2008.

Notary Public

**SARAH FOLEY BARHIGHT**
**NOTARY PUBLIC DISTRICT OF COLUMBIA**
**My Commission Expires October 31, 2011**

-2-