SCANNED
(JAB 7/25/08)

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
       -against-                                   :        CASE NO.  1:08-CR-00366-RLC
                                                   :
JAMES TREACY,                                      :
                                                   :
       Defendant.                                  :
                                                   :
                                                   :
                                                   :
------------------------------------------------- x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Maria N. Lerner, a member in good standing of

the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

> Richard C. Smith
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Phone Number:  (202) 662-0200
> Fax Number:  (202) 662-4643.

Richard C. Smith is a member in good standing of the Bar of the States of Florida and the District of Columbia.

There are no disciplinary proceedings against Richard C. Smith in any State or Federal court.

Dated:          July 22, 2008
City, State:    Washington, D.C.


Respectfully submitted,

Maria N. Lerner
SDNY Bar Code:  ML2546
Fulbright & Jaworski L.L.P.
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone Number:  (202) 662-0200
Fax Number:  (202) 662-4643

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------  x
                                               :
UNITED STATES OF AMERICA,                      :
                                               :
       -against-                               :         CASE NO.  1:08-CR-00366-RLC
                                               :
JAMES TREACY,                                  :
                                               :
       Defendant.                              :
                                               :
                                               :
                                               :
                                               :
---------------------------------------------  x
```

**AFFIDAVIT OF MARIA N. LERNER IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

District of Columbia          )     ss:
                              )

Maria N. Lerner, being duly sworn, hereby deposes and says as follows:

1.  I am Senior Counsel at Fulbright & Jaworski L.L.P., counsel for non-party Fulbright & Jaworski L.L.P. in the above captioned action.  I am familiar with the proceedings of this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Fulbright & Jaworski L.L.P. motion to admit Richard C. Smith as counsel pro hac vice to represent non-party Fulbright & Jaworski L.L.P. in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Richard C. Smith since 2008.

4.  Richard C. Smith is Partner at Fulbright & Jaworski L.L.P.

5.  I have found Mr. Smith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Richard C. Smith, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Richard C. Smith, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Richard C. Smith, pro hac vice, to represent non-party Fulbright & Jaworski L.L.P. in the above captioned matter, be granted.

Dated:          July 22, 2008
City, State:    Washington, D.C.
Notarized:

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 22nd day of July, 2008
_Sarah Foley Bartlight_
Notary Public, D.C.
My commission expires October 31, 2011

Respectfully submitted,

_Maria N. Lerner_
Maria N. Lerner
SDNY Bar Code: ML2546

FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ----------------------------------------------- x<br>                      :<br>UNITED STATES OF AMERICA,      :<br>                      :<br>   -against-              :<br>                      :<br>JAMES TREACY,          :<br>                      :<br>    Defendant.            :<br>                      :<br>                      :<br>----------------------------------------------- x | CASE NO.  1:08-CR-00366-RLC |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Maria N. Lerner attorney for Fulbright & Jaworski L.L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Richard C. Smith
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Phone Number:  (202) 662-0200
> Fax Number:  (202) 662-4643
> E-mail Address:  rcsmith@fulbright.com

is admitted to practice pro hac vice as counsel for non-party Fulbright & Jaworski L.L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Date:
City, State:


_____
United States District/Magistrate Judge

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RICHARD CRAIG SMITH

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 26, 1988**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 11, 2008.*

By: _____
Deputy Clerk

_____
Clerk of the Supreme Court of Florida



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

RICHARD C. SMITH

_____

was on the    12TH    day of        JUNE, 2006

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 18, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk