FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
Maria N. Lerner
Richard C. Smith
Stephen M. McNabb
Kelly E. Garrett

*Attorneys for Non-Party,*
*Fulbright & Jaworski L.L.P.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
:
UNITED STATES OF AMERICA,             :
:
-against-                             :
:       CASE NO. 1:08-CR-00366-RLC
JAMES TREACY,                         :
:
Defendant.                            :
:
:
:
------------------------------------------------- x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Maria N. Lerner attorney for Fulbright & Jaworski L.L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kelly Garrett
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Phone Number: (202) 662-0200
> Fax Number: (202) 662-4643
> E-mail Address: kgarrett@fulbright.com

is admitted to practice pro hac vice as counsel for Fulbright & Jaworski L.L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Date: 8/20/08
City, State: N Y, N Y

So ordered,

_____
United States District/~~Magistrate~~ Judge