Slade R. Metcalf
Rachel F. Strom
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100



*Attorneys for Non-Party Charles Forelle*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA               08 Cr. 366(RLC)

    v.                                 **ORDER TO SHOW CAUSE**

JAMES J. TREACY,

            Defendant.
_____X

    This matter having come before the Court on the application of Hogan & Hartson LLP, attorneys for non-party Charles Forelle ("Forelle"); and

    The Court having read the declaration of Forelle, sworn to on December 15, 2008 and the declaration of Slade R. Metcalf, sworn to on December 17, 2008 and the memorandum of law in support of Forelle's motion to quash the subpoena served upon him by the United States Attorney for the Southern District of New York (the "United States Attorney") on November 27, 2008 (the "Subpoena"); and

    Good cause appearing, it is hereby

    ORDERED, that the United States Attorney show cause before Judge Robert L. Carter of this Court in Courtroom 20B at the U.S. Courthouse, 500 Pearl Street, New York, New York on January 16, 2009 at 5 o'clock in the P.M. or as soon thereafter as counsel can be heard, why an order should not be entered quashing the Subpoena which requires Forelle to testify at the criminal trial of James J. Treacy ("Treacy") on the grounds that the

\\\NY - 031767/000018 - 1123300 v1

United States Attorney cannot overcome the qualified journalist's privilege, and, in any event, the United States Attorney has not demonstrated why Forelle's testimony is relevant in the trial of this action; and it is further

ORDERED, that service of a copy of this Order to Show Cause, together with the underlying papers upon which it was granted, shall be deemed good and sufficient service if delivered by hand or electronic mail to the offices of Joshua A. Goldberg, Assistant United States Attorney at One St. Andrews Plaza, New York, New York 10007 and to Treacy's counsel, Evan T. Barr at Steptoe & Johnson LLP, 750 Seventh Avenue, Suite 1900, New York, New York 10019 on or before __10__ o'clock __A__ M., December __18__, 2008; and it is further

ORDERED, that papers in opposition to this motion, if any, shall be served by hand or by electronic mail upon Hogan & Hartson LLP at 875 Third Avenue, New York, New York 10022, Attention: Slade R. Metcalf, Esq. & Rachel F. Strom, Esq., no later than __5__ o'clock __P__ M. on the __7th__ day of __January__, __2009__; and it is further

ORDERED, that reply papers regarding this motion, if any, shall be served by hand or by electronic mail upon Joshua A. Goldberg, Assistant United States Attorney at One St. Andrews Plaza, New York, New York 10007 and to Treacy's counsel, Evan T. Barr at Steptoe & Johnson LLP, 750 Seventh Avenue, Suite 1900, New York, New York 10019 on or before __5__ o'clock __P__ M., __January__ __16__, __2009__; and it is further

~~ORDERED, that oral argument on this motion to quash shall be held before this Court on _____ ____, _____ at _____ o'clock in the ___ M.~~

Dated:  New York, New York
        December 17, 2008



U.S.D.J.